UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY DILLARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IQ DATA INTERNATIONAL,<br>INC./RENT COLLECT GLOBAL,<br><br>　　　　Defendant. | No. 2:19-cv-2138-EFB<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

On December 6, 2019, counsel for plaintiff notified the court that this case has settled.

The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

All hearing dates heretofore set in this matter are VACATED.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: December 9, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE