UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Tammy Dillard,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>IQ Data International Inc / Rent Collect Global,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-02138-EFB<br><br>**[PROPOSED] ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: January 6, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE